1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE REYES, as an individual and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> vs.<br><br>RUSKIN COMPANY, a Delaware corporation; JOHNSON CONTROLS, INC., a Wisconsin corporation; and DOES 1 through 100,<br><br><br>    Defendants. | Case No. 5:19-cv-01220-JGB-SP<br><br>[*Assigned to the Honorable Judge Jesus G. Bernal*]<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO REMAND REMOVED ACTION**<br><br>State Action Filed: April 22, 2019<br>Removal Date:  July 1, 2019 |

1

ORDER

## <u>ORDER</u>

The Court having reviewed the Parties' Stipulation to Remand Removed Action, and good cause appearing therefore:

IT IS HEREBY ORDERED that:

1.     The Stipulation is approved and the request for remand is granted.

2.     Central District of California Case No. 5:19-cv-01220-JGB-SP is hereby remanded to the Superior Court for the State of California for the County of Riverside.

**IT IS SO ORDERED.**

Dated:  <u>October 6, 2020</u>

Hon. Jesus G. Bernal
United States District Judge

2